Honorable J. Kelley Arnold

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, CARPENTERS RETIREMENT TRUST, CARPENTERS-EMPLOYERS VACATION TRUST, CARPENTERS-EMPLOYERS APPRENTICESHIP & TRAINING TRUST and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH SHORE GENERAL CONTRACTORS, INC., a Washington corporation,<br><br>Defendant. | **CAUSE NO**.: MS05-5015JKA<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF SUPPLEMENTARY PROCEEDINGS |

TO:   CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Carpenters Health & Security Trust of Western Washington, Carpenters Retirement Trust, Carpenters-Employers Vacation Trust, Carpenters-Employers Apprenticeship & Training Trust and Pacific Northwest Regional Council of Carpenters voluntarily dismiss the above-entitled supplemental action against Defendant North Shore General Contractors, Inc., a Washington corporation.

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS05-5015JKA
PAGE 1 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**ORDER**

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant North Shore General Contractors, Inc., a Washington corporation, shall be and hereby is dismissed.

DATED this 22nd day of September, 2005.

*/s/ J. Kelley Arnold*
U.S. District Court Magistrate Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\Carpenters-3160\Pleadings\2005\North Shore 3160 USDC Exam Dismissal.doc

NOTICE & ORDER OF VOL DISMISSAL OF SUPPLEMENTAL
PROCEEDINGS - CASE NO. MS05-5015JKA
PAGE 2 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587